Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  MITCHELL C. BEEM

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCHELL C. BEEM, | Case No.:  2:15-CV-01421-EFB |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Mitchell C. Beem ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to January 19, 2016; and that Defendant shall have until February 18, 2016, to file her opposition.  Any reply by plaintiff to be due March 10, 2016.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: December 14, 2015	Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff MITCHELL C. BEEM

DATED:  December 14, 2015	BENJAMIN WAGNER
United States Attorney

\*/S/- Annabelle J. Yang on behalf of
Jennifer A. Kenney

_____
Annabelle J. Yang on behalf of
Jennifer A. Kenney
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including January 19, 2016, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to February 18, 2016 to file her opposition, if any is forthcoming.  Any reply by plaintiff continues to be due March 10, 2016.

IT IS SO ORDERED.

DATED:  December 15, 2015.

*[signature]*

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE