Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  MITCHELL C. BEEM

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCHELL C. BEEM, | Case No.: 2:15-CV-01421-EFB |
| Plaintiff, | AMENDED REQUEST TO MODIFY BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Mitchell C. Beem ("Plaintiff") through his undersigned counsel of record, requests, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to January 21, 2016; and that Defendant shall have until February 22, 2016, to file her opposition.  Any reply by plaintiff to be due March 10, 2016.

-1-

1    A 2 day extension of time is needed because Counsel's Spouse underwent
2 spinal surgery on January 8, 2016 to address a compression fracture of the spine at
3 L1 related to tumor growth as a result of her stage 4 breast cancer.  Counsel required
4 the additional time to prepare and file the opening brief.
5    Counsel notes that the modified briefing schedule continues to require any
6 reply brief to be filed by the same March 10, 2016 date as previously set by this
7 Court.  Consequently, the modification results in a reduction of time for Counsel to
8 prepare any reply and does not extend the time for this matter to be submitted to the
9 Court for decision.
10    Counsel sincerely apologizes to the court for any inconvenience this may
11 have had upon it or its staff.

12
13 DATE: January 20, 2016          Respectfully submitted,

14                                  LAW OFFICES OF LAWRENCE D. ROHLFING

                                     /s/ *Steven G. Rosales*
15                                  BY: _____
                                    Steven G. Rosales
16                                  Attorney for plaintiff MITCHELL C. BEEM

17
18
19
20
21
22
23
24
25
26

IT IS HEREBY ORDERED that plaintiff's request for an extension of time (ECF No. 14) is granted.  Plaintiff's motion filed on January 21, 2016 (ECF No. 16) is deemed timely.  Defendant shall file her cross-motion for summary judgment, if any, by February 22, 2016.  Any reply by plaintiff continues to be due March 10, 2016.

IT IS SO ORDERED.

DATED: January 25, 2016.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE