1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  JENNIFER A. KENNEY, CSBN 241625
   Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (415) 977-8945
7        Facsimile: (415) 744-0134
         E-Mail: jennifer.a.kenney@ssa.gov
8
9  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MITCHELL C. BEEM, | Case No.: 2:15-CV-01421-EFB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FILE HER CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment and file her Cross-Motion for Summary Judgment.  This extension is requested because Defendant's counsel is experiencing an exceptionally busy workload and will be out of town on work-related travel on the date her Cross-Motion is currently due.  The additional time requested is needed to adequately research the issues presented in this case.  The current due date is February 22, 2016.  The new due date will be March 23, 2016.

///

Stip. & ~~Prop~~. Order to Extend 2:15-CV-01421-EFB          1

1  The parties further stipulate that the Court's Scheduling Order shall be modified
2  accordingly.

Respectfully submitted,

Dated: February 18, 2016         */s/  Steven Rosales*
                                 (as authorized by email on Feb. 18, 2016)
                                 STEVEN ROSALES
                                 Attorney for Plaintiff

Dated: February 18, 2016         BENJAMIN B. WAGNER
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Acting Regional Chief Counsel, Region IX,
                                 Social Security Administration

                        By:      */s/  Jennifer A. Kenney*
                                 JENNIFER A. KENNEY
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  February 22, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. & ~~Prop~~. Order to Extend 2:15-CV-01421-EFB      2